## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Tiawan Napper                      *

3021 West Belvedere Ave

Baltimore, Md 21215               *

(Full name and address of the plaintiff)

**Plaintiff(s)**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 FEB 16  A 10: 52

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

WDQ11CV0424

VS.                                *          Civil No.:_____

                                              (Leave blank.  To be filled in by Court.)

Kimberly Epps

3236 Northway Drive   *

Baltimore, Md 21234

_____           *

_____

(Full name and address of the defendant(s))

**Defendant(s)**          *

                          ******

## COMPLAINT

1.    Jurisdiction in this case is based on:

      ☐    Diversity (none of the defendants are residents of the state where plaintiff is a
           resident)

      ☐    Federal question (suit is based upon a federal statute or provision of the United
           States Constitution)

      ☐    Other (explain) _____

           _____

           _____

Complaint (Rev. 12/2000)                        1

2.   The facts of this case are:

I was discriminated at this Transitional House called "Bernie's Place" the case manager or asst manager took me in July 31, 2010. I did a quick assessment application with a female by the name of Nikia Kelley. The House manager name Jonell was calling herself disrespecting me by putting her hand in my face so I called her a "Bitch". and telling the other women I wasn't doing my chorus and telling them I was drinking by it being a recovery house. We were getting urine test done like two or three days out of the week. I was always clean. Putting me in N/A Meetings so I could get up early like her because she had to go kept coming in our room for unecessary reasons being noisy because we

Stayed in my room to myself, Trying to make me clean food when she was suppose to do it and saying her lil smart slurs to me behind close doors when none of the other ladies were around. I was taking care of my business like a women suppose to do I gave this case manager all my documents and they used my problems to help someone else so I could start over. I was suppose to start the "Dors Program" Did everything I was tooked to do and the intake assitance is trying to make me come to another orientation agains after I have did all of those steps once

3.      The relief I want the court to order is:

☐      Damages in the amount of: _____

☐      An injunction ordering: _____

       _____

☑      Other (explain) _$50,000 for pain and_
       _suffering for discriminating_


2/16/11
_____
(Date)

Tiawan Napper
_____
(Signature)

Tiawan Napper
3001 West Belvedere Avenue
Baltimore, Md 21215
443 876 4664
_____
(Printed name, address and phone number of
Plaintiff)

---

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.